SO ORDERED.

Dated: March 22, 2023

_Daniel P. Collins_
Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | ) | Chapter 11 Proceedings |
|---|---|---|
| TCS SOLUTIONS, LLC, | ) | Case No. 2:23-bk-1760-DPC |
| Debtor. | ) | ORDER TO SHOW CAUSE |

On March 22, 2023, Debtor TCS Solutions, LCC ("Debtor"), filed a voluntary chapter 11 petition for non-individual.

Unincorporated associations, partnerships and corporations must appear through an attorney. *Rowland v. California Men's Colony*, 506 U.S. 194, 201, 113 S. Ct. 716, 721, 121 L.Ed. 2d 656 (1993); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-698 (9th Cir. 1987); *Church of the New Testament v. United States*, 783 F.2d 771, 773-774 (9th Cir. 1986); *In re Highley*, 459 F.2d 554, 555-556 (9th Cir. 1972). See also *In re Victor Publishers, Inc.*, 545 F.2d 285 (1st Cir. 1976); *Eagle Associates v. Bank of Montreal*, 926 F.2d 1305 (2nd Cir. 1991); *In re America West Airlines, Inc.*, 164 B.R. 315 (9th Cir. BAP 1994); *Move Organization v. United States Department of Justice,* 555 F. Supp. 684, 693 (E.D. Pa. 1983).

**IT IS HEREBY ORDERED** that Debtor TCS Solutions, LLC appear before this Court at a hearing on **April 25, 2023, at 11:00 a.m.**, to show cause as to why Debtor's case should not be dismissed for lack of counsel. The link to appear via video conference is:

https://www.zoomgov.com/j/1605289889?pwd=eGdIYjhhY2ViaXFvMHJXeDZoUTVQQT09

Meeting ID: 160 528 9889

Passcode: 479849

**DATED AND SIGNED ABOVE.**

| | |
|---|---|
| 1 | COPY of the foregoing mailed by the BNC |
| 2 | |
| | TCS Solutions, LLC |
| 3 | 3230 E Roeser Rd, Ste 15 |
| | Phoenix, AZ 85040 |
| 4 | Debtor |
| 5 | |
| | Jennifer A. Giaimo |
| 6 | Office of the U.S. Trustee |
| | 230 N. First Ave., Suite 204 |
| 7 | Phoenix, AZ 85003-1706 |