# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

*Daniel P. Collins, Bankruptcy Judge*

## Minute Entry Order

### Hearing Information:

| | |
|---|---|
| Debtor: | TCS SOLUTIONS, LLC |
| Case Number: | 2:23-BK-01760-DPC  Chapter: 11 |
| Date / Time / Room: | TUESDAY, APRIL 25, 2023 11:00 AM  6TH FLOOR #603 |
| Bankruptcy Judge: | DANIEL P. COLLINS |
| Courtroom Clerk: | RENEE BRYANT |
| Reporter / ECR: | SELVINA BENNINK |

### Matters:

1) CHAPTER 11 STATUS CONFERENCE
   R / M #:  4 / 0

2) ORDER TO SHOW CAUSE
   R / M #:  0 / 0

### Appearances:

JENNIFER GIAIMO, ATTORNEY FOR THE U.S TRUSTEE
ROBERT RODRIGUEZ, DEBTOR
GIL HOPENSTAND, ATTORNEY FOR U.S. SMALL BUSINESS ADMINISTRATION
BRADLEY STEVENS, ATTORNEY FOR THE ARIZONA DEPARTMENT OF REVENUE
SANFORD GERMAINE, ATTORNEY FOR ZIMMERMAN PROPERTIES

### Proceedings:

The Court explains why today's hearing was set.

Mr. Rodriguez explains why the Bankruptcy was filed without an attorney. He states he had a consultation with attorney James Kahn and will possibly retain him. Mr. Rodriguez asks that the Court allow him two weeks to retain an attorney. He states they are a small business, and it is their intention to pay their creditors.

Mr. Hopenstand informs the Court that the Debtor is using the SBA's cash collateral without permission. He asks that the Court dismiss the case and the Debtor can re-file when they are ready.

Mr. Stevens addresses the Arizona Department of Revenue's claims.

Mr. Germaine provides the delinquency amount for the pre-petition and post-petition rent.

Ms. Giaimo reports the Debtor failed to appear at the 341 meeting of creditors. She suggests that the case be dismissed, and the Debtor can re-file once he retains counsel.

Mr. Rodriguez states he attempted to appear at the meeting of creditors but was having issues logging into Zoom. He asks for a brief continuance to allow time to obtain counsel.

COURT: FOR THE REASONS STATED ON THIS RECORD, IT IS ORDERED DISMISSING THIS CASE WITHOUT PREJUDICE. THE DEBTOR CAN RE-FILE ONCE HE HAS RETAINED COUNSEL. IT IS FURTHER ORDERED DIRECTING THE CLERK'S OFFICE TO ASSIGN ANY SUBSEQUENT CASE FILED WITHOUT AN ATTORNEY TO THIS COURT FOR IMMEDIATE DISMISSAL.